HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOHN FAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:15-MJ-00096-MJS |
| Plaintiff, | STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; ORDER |
| vs. | |
| JOHN FAY, | Date:  December 1, 2015 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), John Fay, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance, and be allowed to appear telephonically.  Mr. Fay is charged with being in a park while under the influence of alcohol to a degree that may endanger persons or property.  Mr. Fay anticipates entering a guilty plea at his initial appearance.  The government has already provided a written plea agreement, which Mr. Fay intends to sign and return to the government prior to December 1, 2015.  Mr. Fay agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

This is Mr. Fay's first request for a waiver of appearance.  Mr. Fay lives in Cincinnati,

OH, and returning to Yosemite would pose a considerable hardship given the distance. Mr. Fay is retired. His wife financially supports him. Although Mr. Fay and his wife have the financial means to travel to Yosemite, the trip would be very costly. Mr. Fay respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 20, 2015        /s/ Erin Snider
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOHN FAY

**O R D E R**

**GOOD CAUSE APPEARING** and there being no objection by the Government, the above request for Defendant's waiver of personal appearance and request to appear via telephone at the initial appearance hearing in case No. 6:15-mj-00096 MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   November 20, 2015              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

Fay/Request for Rule 43 Waiver of Appearance